560

442 A.2d 363

Hosp. of the Univ. of Pa. v. Wheeler, et al., Appellants.

Argued November 6, 1981. Paul F. X. Gallagher, for appellants; Susan C. Waltman, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

442 A.2d 363

Jakobowski, Appellant v. Jakobowski.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Argued May 6, 1981. Joseph T. Murphy, Jr., for appellant; Medford Brown, III, for appellee.

Before SPAETH, CAVANAUGH and LIPEZ, JJ.

The order of the lower court is affirmed.